IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

MAY 15 2008

TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-MJ-8055-01/02/03-DJW |
| ) | |
| **WILLIAM A. MORRIS,** ) | |
|   a/k/a **OSCAR OSBEY,** ) | |
|   a/k/a **BILL MORRIS,** ) | |
| **CRYSTAL L. MORRIS,** ) | |
|   a/k/a **CRYSTAL CORTER,** ) | |
|   a/k/a **CRYSTAL CARTER,** ) | |
|     and ) | |
| **JEFFREY L. LICKTEIG,** ) | |
|   a/k/a "Zeke", ) | |
| ) | |
| Defendants. ) | |

# CRIMINAL COMPLAINT

I, Justin Oesterreich, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

From on or about September 1, 2007, and continuing to on or about May 14, 2008, in the District of Kansas, the defendants,

**WILLIAM A. MORRIS,**
a/k/a **OSCAR OSBEY,**
a/k/a **BILL MORRIS,**
**CRYSTAL L. MORRIS,**
a/k/a **CRYSTAL CORTER,**
a/k/a **CRYSTAL CARTER,**
and
**JEFFREY L. LICKTEIG,**
a/k/a "Zeke",

1

together with each other, and others, both known and unknown to the affiant, knowingly devised a scheme and artifice to defraud individuals and companies, and to obtain money and property by means of material false and fraudulent pretenses, representations and promises made to individuals and companies, and for the purpose of executing and in order to effect the scheme and artifice to defraud and obtain money and property, knowingly caused to be transmitted by means of wire communication in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2 and 1343.

## THE SCHEME AND ARTIFICE

It was part of the scheme and artifice to defraud and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, and in furtherance of it, that the defendants knowingly and intentionally engaged in and caused the following activities:

A. The purchase of electronic equipment utilizing a fraudulent Visa credit card #XXXX-XXXX-XXXX-6697, in the name of Oscar Osbey, at Target, 3201 Iowa St., Lawrence, Kansas, on December 17, 2007, December 26, 2007, January 23, 2008 and January 24, 2008; and without the authorization and approval of Oscar Osbey; and,

B. On November 19, 2007, a wire transfer was requested via telephone in the amount of $3,000 from United States Automobile Association Federal Savings Bank, checking account #XXXX0777 to Bank of America account #XXXXXXXX9918, with Jeffrey Lickteig as the recipient at 617 N. 2nd Ave, Purcell, Oklahoma.

This was all in violation of Title 18, United States Code, Sections 2 and 1343.

The following facts were made known to me by personal observation or from information I received from Secret Service Agents, other law enforcement officers, and/or from other individuals:

1. I have been a Special Agent with the United States Secret Service since September 23, 2002. I am currently assigned to the United States Secret Service Kansas City Field Office. Prior to my appointment to the Secret Service, I was a police officer for the Topeka, Kansas Police Department from August of 1998 until September 2002. Prior to the Topeka Police Department, I was a police officer for the Kansas Highway Patrol from July of 1996 until August of 1998. I also served in the Kansas Army National Guard as a military policeman from March 1994 to March 2001. In my official capacity, I have investigated federal, state, and local financial crimes violations for the past ten years. During the course of my employment, I have received training in investigations at the Federal Law Enforcement Training Center (FLETC) as well as over 200 hours of advance officer training. I have participated in the execution several search warrants that have resulted in felony arrests and the confiscation of financial records, documents, computer equipment and other equipment used to facilitate financial crimes.

2. On January 18, 2008, U.S. Secret Service Special Agent J. Cody Bennett of the Oklahoma City Field Office received a telephone call from United Services Automobile Association (USAA) Federal Savings Bank (FSB) Fraud Investigator Anthony Martinez. He advised on February 14,2007, Oscar Osbey, 2612 NW 78th St, Lawton, Oklahoma 73505, contacted USAA Fraud Investigator Norma Martinez and stated someone had used his identity to fraudulently obtain a credit card account and auto loan.

3. On January 25, 2008, SA Bennett received a case summary from Fraud Investigator Norma Martinez via email which reflected the following transactions:

a)   On November 7, 2007, a USAA FSB MasterCard application was submitted and approved for $10,000 (#XXXX-XXXX-XXXX-0515) for Oscar Osbey, 1713 S. Green Ave, Purcell, OK 73080.

b)   On November 13, 2007, a checking account (#XXXX0777) was established.

c)   On November 23, 2007, a consumer auto loan (#XXXX1190) was established in the amount of $33,963.50.

d)   On December 7, 2007, a USAA FSB MasterCard application was submitted and approved for $10,000 (#XXXX-XXXX-XXXX-0245).

All of the above accounts were established under Oscar Osbey, date of birth XX/XX/1959, social security number ending in 4592, 1713 S. Green Ave, Purcell, OK 73080. The true Osbey told USAA Investigators he did not open or authorize anyone to obtain credit in his name.

4.   Norma Martinez's case summary also stated USAA checking account #XXXX0777 received four credit card advance deposits totaling $8,000. Three of the deposits originated from the fraudulent USAA FSB MasterCard accounts, and one deposit totaling $2,500 originated from Visa #XXXX-XXXX-XXXX-6697 which was issued by Barclays Bank, Delaware. The summary stated, that on November 16, 2007, USAA received a counterfeit check which contained the name "USAA Federal Savings Bank," using the fraudulent checking account routing information. The check was in the amount of $300 with the name "Audio Visions Inc, Oscar J. Osbey, 1713 S. Green Ave., Purcell, OK 73080."

5.   On November 19, 2007, a wire transfer was requested via telephone in the amount of $3,000 from USAA FSB checking account #XXXX0777 to Bank of America account #XXXXXXXX9918, with Jeffrey Lickteig as the recipient at 617 N. 2nd

Ave, Purcell, OK 73080. This conversation was recorded and provided to me via email. The recording was copied to a CD.

6. On November 23, 2007, USAA FSB consumer auto loan #XXXX1190 was submitted and approved for the purchase of a 2006 Ford F-150, vehicle identification number(VIN) 1FTPW14V56KC64644, in the amount of $33,963.50. This vehicle loan was done utilizing an online application with an IP Address of 66.45.142.80, which was subsequently identified as belonging to Caitlin Ida, 1007 Alma Drive, Lawrence, KS (as further noted below). The vehicle was purchased from Marc Heitz Ford, 2805 N 9th Ave, Purcell, OK. SA Bennett responded to Marc Heitz Ford and spoke to the General Manager Seth Wadley, who identified a driver's license photo of William Morris as the individual who purchased the truck. Mr. Wadley produced a copy of an OK driver's license in the name of Oscar Osbey, however, it depicted Morris' photograph.

7. On December 7, 2007, Osbey filed a police report with the Lawton Police Department (case #200713248-00) reporting his identity had been stolen and used to fraudulently obtain credit. A copy of this report was obtained.

8. Continuing in this case summary, on January 18, 2008, Norma Martinez interviewed Osbey via telephone. Osbey stated he had satellite television installed in his home in September 2007, by a company named Audio Visions Inc. Osbey provided a business card from Audio Visions Inc. with the name Bill Morris, Satellite Technician II Field Service Manager. Osbey stated Morris had an assistant with a foreign accent named Jeffrey Lickteig.

9. On January 31, 2008, SA Bennett received a package from USAA Fraud Investigator Anthony Martinez which contained copies of Osbey's affidavit, the purchase agreement from Marc Heitz Ford for the 2006 Ford F-150. The packet also contained all USAA financial paperwork for the accounts involved in this investigation including the internet protocol (IP) addresses used to apply for the accounts online.

10. On the same date, SA Bennett contacted Osbey via telephone (580)536-4882. Osbey stated in September 2007, he had satellite television installed by Bill Morris of Audio Visions Inc. Osbey described Morris as 6'1", 200+ pounds with shaved brown hair in his mid 30's. Osbey stated another male approximately 6', 190 pounds, with short light brown hair in his late 20's named Jeffrey Lickteig was with Morris. Osbey stated Morris had him write a check to Lickteig in the amount of $50 for payment. Osbey stated about one week later someone tried to make an un-authorized payment for $800 to an unknown HSBC credit account using Osbey's checking account. On March 27, 2008, Osbey further advised that income taxes had been filed using his name. The address on the fraudulent tax return was 1005 Alma Drive, Lawrence, Kansas.

11. On February 8, 2008, SA Bennett served via facsimile Grand Jury Subpoenas for IP address's 66.45.142.80 owned by Sunflower Broadband, 644 New Hampshire, Lawrence KS 66044, 72.47.94.223 and 72.47.94.233 owned by Sudden Link Communications, 4103 W. Lake Houston Pkwy. Kingwood, TX 77339. All of the above IP addresses were used in conjunction with the online applications for credit and auto consumer loan, with USAA FSB. SA Bennett also served via facsimile, a Grand Jury Subpoena for Visa account #XXXX-XXXX-XXXX-6697 issued by Barclays Bank Delaware, 100 S. West St. Wilmington, DE 19801.

12. On February 11, 2008, SA Bennett received the requested information from Sunflower Broadband and Sudden Link communications. Sunflower Broadband reported the IP address 66.45.142.80 was issued to Caitlin Ida, 1007 Alma Dr. Lawrence, KS 66049, phone number 620-719-6388. Sudden Link Communication reported they no longer contained records for the IP addresses requested.

13. On February 15, 2008, the U.S. Secret Service Investigative Support Division (ISD) conducted a search for information on Caitlin Ida. ISD reported Ida's date

of birth as XX/XX/1985 with an address of 1909 Jayhawk Rd., Fort Scott, KS 66701. A query of the National Law Enforcement Telecommunications System (NLETS) showed a Kansas driver's license with an address of 1007 Alma Dr., Lawrence KS 66049. A copy of Ida's photo was obtained.

14. On February 20, 2008, SA Bennett received the requested information from Barclays Bank Delaware regarding Visa account #XXXX-XXXX-XXXX-6697. Barclays Bank reported the Visa account belonged to Oscar Osbey 1713 S. Green Ave., Purcell, Oklahoma. The account was a corporate account under Audio Visions Inc. and was opened on November 30, 2007.

15. On February 21, 2008, SA Dan Baker and SA Bennett met with Carroll Milner (405-527-5801) property manager of 1713 S. Green Ave., Purcell, OK. Milner stated on February 10, 2007, he leased the office to Morris. Milner stated Morris paid his last month's rent on November 15, 2007, with a check in the amount of $300 from USAA FSB with the name Oscar Osbey, DBA Audio Vision Inc. Milner stated he suspected something strange when Morris packed all his belongings and vacated the office without notice. Milner stated an individual named Josh Carlton was working for Morris. Milner provided copies of the rental agreement and check.

16. On this same date, SA Baker and SA Bennett went to Purcell, OK Public Utilities and obtained records for 1713 S. Green Ave., Purcell, OK and 617 N. 2nd Ave., Purcell, OK. The record for 1713 S. Green Ave was registered to Bill Morris DBA Audio Visions Inc. with a social security number ending in 9239. The reference listed on the record was Crystal Morris 405-294-9028. The record for 617 N. 2nd St. Purcell, OK was registered to Jeffrey Lickteig with social security number ending in 7898. The reference listed was Crystal Carter 623-340-7893. SA Bennett requested an ISD search for the above social security numbers and discovered the social security number ending in 9239 was issued to Dow Roberts who is deceased. The social security

number ending in 7898 was issued to Jeffrey L. Lickteig. A copy of the above records were obtained.

    17.    On this same date, SA Baker and SA Bennett traveled to RentKing, LLC. 2420 Springfield Rd., Suite 200, Norman, OK. RentKing is the property manager for 607 N. 2nd Ave., Purcell, OK. RentKing provided copies of the rental agreement dated August 7, 2007, for Jeffrey L. Lickteig, date of birth XX/XX/1978, social security number ending in 7898, previous address of 16866 W. Marshal Ln., Surprise, AZ 85388. Lickteig listed a previous employer of Bill Williams, DBA Atek 4 U Consulting, 8301 N. 103rd Ave., Peoria, AZ. Lickteig listed an occupant of the residence as Trey Morris, 2 year old son. Lickteig also listed a vehicle with AZ tag D10275. RentKing reported on several occasions an online payment for rent was posted using IP address 72.47.94.223 which is the same IP address used to fraudulently apply for credit online with USAA FSB. RentKing had a photo copy of the Arizona driver's license (D04752150) Lickteig provided which listed an address of 17615 W. Boca Raton Rd., Surprise, AZ 85388. A copy of the record provided by RentKing was obtained.

    18.    On this same date, SA Bennett queried NLETS for AZ Tag D10275 and discovered the vehicle to be registered to William Allen Morris, 8301 N. 103rd Ave., Peoria, AZ. I queried NCIC/NLETS and Master Central Index (MCI) for Jeffrey Lickteig and discovered Lickteig had no arrest history and was not of record with this service. NLETS reported two driver's license records for Jeffrey Lickteig with the same date of birth and social security numbers but different addresses. The first license issued by Kansas (XXXXXX3039) listed an address of 5215 Lyon Ave., Kansas City, MO 64123 and described the driver as 5'11", 300 pounds, with hazel eyes. The social security number associated with the Kansas driver's license ended in 7898. The second driver's license located was issued by Arizona (XXXXX2150) and described the driver as 6'00",

200 pounds with green eyes and brown hair. The address listed was 17615 W. Boca Raton Rd., Surprise, AZ.

19. On this same date, SA Bennett obtained photos for the above driver's licenses and compared them to the photo of the Arizona driver's license provided by RentKing. SA Bennett discovered the photo from the Arizona driver's license to be the same as the photo on the Arizona driver's license provided by RentKing. The photo from the Kansas driver's license was of a different male.

20. On the same date, SA Baker and SA Bennett traveled to the Purcell Police Department (PPD) who conducted a records search for Joshua Carlton. PPD stated Carlton was living at 1023 Luglena Ln., Purcell, OK with telephone number 405-361-6820. PPD stated Carlton's date of birth is XX/XX/1988.

21. On February 27, 2008, SA Bennett contacted Carlton via telephone 405-631-6820. Carlton arrived at the Oklahoma City Field Office and agreed to be interviewed by SA Baker and SA Bennett. After reading Carlton his *Miranda* warning, he agreed to answer questions. Carlton stated in September 2007, he met Bill Morris in order to provide Morris with marijuana. Carlton stated that Morris's wife Crystal "had an attraction for me." Carlton described Crystal Morris as a white female, 5'6," 180 pounds with long brown hair. Carlton described Bill Morris as 6'1," large build, bald head, and in his late 30's. Carlton stated he began to "hang out" with Bill Morris whom he became friends with. Carlton stated in late September 2007, Bill Morris offered him a job as an office assistant at his business, Audio Visions Inc. 1713 S. Green Ave., Purcell, OK. Carlton stated Bill Morris offered to pay him $300 a week to answer phones and obtain customers' information who were requesting Dish Network television service. Carlton stated Morris gave him a script to read to customers during which he would ask for a date of birth, full name, social security number, and address.

22.  Carlton further stated Morris told him that if anything suspicious happened or if the police contacted him to be ready to, "box everything up and prepare to burn it." Carlton stated on one occasion he witnessed Morris use a customer's credit card number to purchase a large order of pizza online. Carlton stated that Morris would write the word "used" on the customer files that he had used fraudulently to obtain credit or make purchases. Carlton stated one night while at Morris's house, Morris showed him several different driver's licenses with his picture and the names of different individuals. Carlton also stated that Morris had a cousin with a foreign accent called "Zeke" that was working with him. Carlton stated "Zeke" also went by Jeff.  SA Bennett showed Carlton a picture of Morris and Lickteig which he positively identified as the two individuals he was working with at Audio Visions Inc.  Carlton provided a written statement containing the above information.

23.  On March 6, 2008, SA Bennett spoke via telephone with Tammy Wicks Fraud Investigator, Group Lead TSYS Managed Services. Wicks stated she is a contract fraud investigator for Barclays Bank of Delaware. Wicks provided SA Bennett a record via facsimile of all the purchases for Visa #XXXX-XXXX-XXXX-6697. The record indicated on March 4, 2008, the account was closed. Prior to the account being closed, credit card transactions totaling $70,745.18 had been processed. The record indicated all of the transactions took place in Lawrence and Topeka, KS. Large purchases took place at Target, 3201 Iowa St., Lawrence, Kansas, on December 17, 2007, December 26, 2007, January 22, 2008, January 23, 2008 and January 24, 2008. Copies of the above purchases were obtained from Target, which indicated the following items were purchased using a Visa credit card in the name of Oscar Osbey: a Philips television, manufacture ID #YA1B0737017377; three Sanus LCD; a Magnavox television, manufacture ID #BZ5A0750162065; a Magnavox television, manufacture ID #BZ5A0750162065; a PS-3 System, manufacture ID #CE921925666; a PS-3 System,

10

manufacture ID #S207230003; and, a PS-3 System, manufacture ID #CE921925796.

24. On March 7, 2008, SA Bennett contacted Target Investigator Kelly Woods 5400 N. May Ave., Oklahoma City, OK, 405-213-8773 and requested her to obtain store surveillance video for the above transactions. Later that same day, Woods contacted SA Bennett via telephone and stated she was able to obtain the surveillance. SA Bennett responded to Target and met with Woods. She showed SA Bennett surveillance of the transactions listed above. SA Bennett recognized the two males on the video making purchases to be William Morris and Lickteig. Crystal Morris is also on one of the videos entering the store with William Morris who is carrying a small child. Woods provided a copy of the videos as well as the receipts for the transactions to SA Bennett.

25. On this same date, USAA Fraud Investigator Anthony Martinez made a police report with Purcell Police Department listing the 2006 white Ford F-150, VIN # 1FTPW14V56KC64644 as a stolen vehicle NIC number V991564323.

26. On March 11, 2008, SA Bennett spoke via telephone with Osbey. SA Bennett advised Osbey to obtain his credit report from all three credit reporting agencies. Osbey stated upon filing for his 2007 taxes, the IRS advised him his social security number had already been filed. Osbey also stated to date he has lost $835.00.

27. On March 12, 2008, contract Fraud Investigator for Barclays Bank Delaware, Wicks contacted SA Bennett via email and stated she had record of six attempted payments using CFT checks. The following is a list of the attempted payments:

Audio Visions
1005 Alma Drive
Lawrence, KS 66049-3635
Wells Fargo Bank
RTN: 121000248
Checking Acct #: XXXXXX4290
Amt of check attempted: $41,586.31
Date of check: 03/04/08

11

Made payable to: Barclays Bank Delaware for Acct: XXXXXXXXXXXX6689, rejected because the customer advised it was   not authorized.

Audio Visions
1713 S Green Avenue
Purcell, OK 73080-6212
Compass Bank
RTN: 122105744
Checking Acct #: XXXXXX6413
Amt of check attempted: $37,518.90
Date of check: 02/27/08
Made payable to: Barclays Bank Delaware for Acct: XXXXXXXXXXXX6689, rejected because they were unable to locate an account.

Audio Visions
1713 S Green Avenue
Purcell, OK 73080-6212
Wachovia Bank
RTN: 067006432
Checking Acct #: XXXXXXXXX1810
Amt of check attempted: $34,359.81
Date of check: 02/06/08
Made payable to: Barclays Bank Delaware for Acct: XXXXXXXXXXXX6689, rejected because the corporate customer advised that this was not authorized.

Audio Visions
1713 S Green Avenue
Purcell, OK 73080-6212
Republic Bank and Trust
RTN: 103003467
Checking Acct #: XXXX8420
Amt of check attempted: $5,000.00
Date of check: 01/22/08
Made payable to: Barclays Bank Delaware for Acct: XXXXXXXXXXXX6689, rejected because the customer advised that this was not authorized.

Audio Visions
1713 S Green Avenue
Purcell, OK 73080-6212
Republic Bank and Trust
RTN: 103003467
Checking Acct #: XXXX8420
Amt of check attempted: $5,000.00
Date of check: 01/21/08
Made payable to: Barclays Bank Delaware for Acct: XXXXXXXXXXXX6689, rejected because the payment was stopped.

Audio Visions
1713 S Green Avenue
Purcell, OK 73080-6212
Republic Bank and Trust
RTN: 103003467

Checking Acct #: XXXX8420
Amt of check attempted: $5,000.00
Date of check: 01/17/08
Made payable to: Barclays Bank Delaware for Acct: XXXXXXXXXXXX6689, rejected because the payment was stopped.

The total for the above listed attempted payments is $128,465.12

28. On March 14, 2008, I spoke with SA Bennett via telephone regarding the case and upcoming request for investigation. The total loss associated with this investigation is $116,189.45 with a potential loss of $244,654.57.

29. On March 16, 2008, the Kansas City Field Office received a request for investigation from the Oklahoma Field Office. The Kansas City Field Office was requested to locate and interview Caitlin Rose, William Allen Morris, Crystal Lynn Morris, and Jeffrey Louis Lickteig regarding this investigation.

30. On March 6, 2008, I had commercial database checks conducted on Caitlin Rose Ida, William Allen Morris, Crystal Lynn Morris, and Jeffrey Louis Lickteig. The database checks revealed several local addresses associated with the subjects in the Kansas City region.

31. On May 7, 2008, I went to 1224 Topping Ave, Kansas City, MO and the individuals who lived there did not know William or Crystal Morris. On the same date, I went to 10408 E 42 St, Kansas City, MO and showed the apartment manager a photograph of William Morris. She advised that she did remember him and that he drove a white pick up truck. She searched the apartment records and was not able to locate any records of Jeffrey Lickteig, Caitlin Ida, William Morris or Crystal Morris being listed on any lease agreements.

32. On the same date, I went to 1005 Alma Drive, Lawrence, KS in an attempt to locate Caitlin Ida. Ida's IP address's 66.45.142.80 was used to perpetrate a portion of the fraud. Ida was not home but a subject named Heather Razack (785-841-7682) was observed entering the adjoining duplex at 1007 Alma Drive, Lawrence, KS. I made

13

contact with her and showed her a photograph of Ida. She advised that recognized the photograph as one of the subjects that lived in the adjoining duplex. Razack advised that she owned the duplex at 1007 Alma and had rented it to Jeffrey Lickteig. I showed Razack photographs of Lickteig and William Morris. She advised that the photograph of Lickteig was the subject that signed the lease. The second photograph was of William Morris and Razack indicated that he and his wife lived their also. Morris' wife advised she was Lickteig's nanny. Razack advised that the only vehicle she observed in the driveway was a white full size Ford pick up truck. Razack said that Lickteig left without paying the rent that was due and that he did not provide a forwarding address. Razack provided a copy of the rental agreement.

33. On May 13, 2008, I made contact with Caitlin Ida (620-719-6383). Ida advised that she recently moved from 1007 Alma Drive, Lawrence, Kansas to 13001 W. 136th Street, Apt #3, Overland Park, Kansas. She advised she lived at 1007 Alma from April of 2006 to May 13, 2008. In October of 2007, she got wireless high speed internet in her duplex. She advised that the wireless router was not secured and it was possible for individuals with a wireless adapter in their computer to use her internet connection without her permission or entering a password. I asked Ida if she knew the neighbors who lived in 1005 Alma Drive and she advised that she did not have much contact with them but that she frequently smelled marijuana smoke coming from their portion of the building. Ida advised that the subjects' that lived in the duplex drove a full size white Ford pick up truck with four full size doors. She did not know the license tag or any other identifying features. Ida said the subjects moved out of the duplex approximately two weeks prior. The moving truck they used was a Budget Rental Truck.

34. On the same date, I went to the Budget Rental Truck Center at 1225, Suite D, East 23rd Street, Lawrence, KS, and made contact with the manager, Ema Frantz. She advised that William Morris rented a truck from April 30, 2008 to May 2,

2008. The address provided by Morris when he rented the truck was 448 Barnett, Kansas City, KS with a telephone number of (405-312-7804). The rental truck was paid for with a Visa Credit Card in the name of Bob Thomas with the last four digits of "3539" and an expiration of 04/10 for the amount of $114.23. The card was charged on May 2, 2008 and the approval number was #133263. Frantz told me that if I had a photograph of the subject that she could identify him. I showed her a picture of William Morris and she advised that the subject in the photograph was the subject that rented the truck.

35. On the same date, I contacted SA Seubert and asked him to check the area of 442 Barnett, Kansas City, KS for a white full size Ford pick up truck with four full size doors. SA Seubert went to the address and located a white full size Ford pick up truck with a dealer tag with the following writing, "Heitz Ford Purcell, OK".

36. A records check has revealed that William Morris was previously convicted in 2002, in the U.S. District Court, District of Kansas, case number 01-20003-01-KHV, for Credit Card Fraud, and he was sentenced to 15 months BOP.

37. I believe the facts and circumstances related in the previous paragraphs constitute probable cause to believe that WILLIAM A. MORRIS, a/k/a OSCAR OSBEY, a/k/a BILL MORRIS, CRYSTAL L. MORRIS, a/k/a CRYSTAL CORTER, a/k/a CRYSTAL CARTER, and JEFFREY L. LICKTEIG, a/k/a "Zeke", knowingly and unlawfully violated Federal laws noted above.

JUSTIN OESTERREICH
Special Agent U.S. Secret Service

Sworn to before me and subscribed in my presence this 15th day of May, 2008, at Kansas City, Kansas.

_____
DAVID J. WAXSE
United States Magistrate Judge
District of Kansas

Penalties:

COUNT 1 -

- NMT 20 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment.