IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2008 JUN 11  P 3: 52

BY: _____ DEPUTY
AT TOPEKA, KS

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
vs.                                )          No. 08-2007 3 -01/02/03- CM /DJW
                                   )
WILLIAM A. MORRIS,                 )
   a/k/a OSCAR OSBEY,              )
   a/k/a BILL MORRIS,             )
BARRY GRIFFIN,                     )
   a/k/a JEFFREY L. LICKTEIG,     )
   a/k/a "Zeke",                  )
      and                          )
LISA THOMAS,                       )
                                   )
          Defendants.              )
_____ )

## INDICTMENT

The Grand Jury charges:

At all times relevant to the allegations in this Indictment:

### A. INTRODUCTION

1. In or about August 2007, William Morris a/k/a Bill Morris, his wife, his two year old son, and his nephew/codefendant, Barry Griffin moved to 602 N. 2nd Avenue, Purcell, Oklahoma, after moving there from Arizona. Barry Griffin rented the residence for the group under an assumed identity, Jeffrey Lickteig. Griffin had been able to acquire identification documents in the name of Jeffrey Lickteig with the assistance of his mother, Lisa Thomas, who is the sister of William Morris. Thomas was acquainted with the real Jeffrey Lickteig (who is mentally handicapped) and his family and she had acquired his birth certificate and social security card, so that her son, Barry Griffin, could go into hiding

because he had warrants for his arrest in Missouri.

2. William Morris rented an office property at 1713 S. Green Avenue, Purcell, Oklahoma and established a business under the name of Audio Visions, Inc. This business then established a contract with Dish Network. Individuals would call Audio Visions for the purpose of setting up satellite services, at which time a call taker would obtain the customer's information, including date of birth and social security number. They were also required to provide a credit card number. Bill Morris and Griffin would then go to the individual residences and install Dish Network satellite service. The customer would be required to pay a fee, typically by check, to Morris or Griffin (under the name of Jeffrey Lickteig).

3. Once Morris and Griffin had the customer's personal information including a corresponding credit card number, they would often utilize the credit card account to make unauthorized purchases. They would also generate counterfeit checks from the checks provided by the customers, utilizing the customer's bank routing and bank account numbers.

4. One of the customers who received satellite service from Audio Visions was Oscar Osbey, who lived in Lawton, Oklahoma. William Morris and Griffin went to Osbey's residence on September 25, 2007 and installed his service. Mr. Osbey was directed to write a check payable to Jeffrey Lickteig for $50.00, which he wrote from his FSNC bank account.

5. During the course of engaging in fraudulent activity, William Morris was able to submit applications for credit cards, for setting up a bank account and for a loan by gaining access to Internet Protocol (IP) addresses to submit online, as follows:

2

a)      Morris utilized IP address 72.47.94.223 in Purcell, Oklahoma acquired through Cebridge Connections located in Kingwood, Texas, which would have been involved in and affecting interstate commerce.

b)      Morris utilized IP address 66.45.142.80, in Lawrence, Kansas through Sunflower Broadband, located in Lawrence, Kansas, which would have been involved in and affecting interstate commerce.

c)      Morris established credit cards, a bank account and a loan with United Services Automobile Association (USAA), located in San Antonio, Texas, a financial institution involved in and affecting interstate commerce.

d)      Morris obtained a credit card from Barclays Bank of Delaware US through Air Tran, located in Columbus, Georgia, a financial institution involved in and affecting interstate commerce

e)      Morris was able to fraudulently purchase a vehicle from an automobile dealership involved in and affecting interstate commerce in Purcell, Oklahoma, which was then transported to the State of Kansas.

## B. PURPOSE OF THE SCHEME AND ARTIFICE

6.  From in or about November 2007, and continuing to on or about May 14, 2008, in the District of Kansas, and elsewhere, the defendants,

**WILLIAM A. MORRIS,**
**a/k/a OSCAR OSBEY,**
**a/k/a BILL MORRIS,**
**and**
**BARRY GRIFFIN,**
**a/k/a JEFFREY L. LICKTEIG,**
**a/k/a "Zeke",**

3

and others known and unknown to the Grand Jury, knowingly devised a scheme and artifice to defraud individuals and companies, and to obtain money and property by means of material false and fraudulent pretenses, representations and promises made to individuals and companies, and for the purpose of executing and in order to effect the scheme and artifice to defraud and obtain money and property.

## C. THE SCHEME AND ARTIFICE

7. It was a part of the scheme and artifice to defraud and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, and in furtherance of it, that the defendants,

**WILLIAM A. MORRIS,**
**a/k/a OSCAR OSBEY,**
**a/k/a BILL MORRIS,**
**and**
**BARRY GRIFFIN,**
**a/k/a JEFFREY L. LICKTEIG,**
**a/k/a "Zeke",**

knowingly and intentionally engaged in and caused the following activities to occur: William Morris, with the assistance of his wife and Barry Griffin, acting as references, was able to establish, under the name of Oscar Osbey, date of birth XX/XX/1959, social security number ending in 4592, 1713 S. Green Ave, Purcell, OK 73080, several accounts. The true Osbey did not authorize anyone to obtain credit in his name.

a) On or about November 10, 2007, a USAA Federal Savings Bank (FSB) MasterCard application was submitted and approved for $10,000.00 (#XXXX-XXXX-XXXX-0515) in the name of Oscar Osbey, 1713 S. Green Ave, Purcell, OK 73080.

4

b) On or about November 10, 2007, established a USAA checking account (#XXXX0777).

c) On or about November 10, 2007, a Barclays Bank of Delaware US (Air Tran) Card corporate account was approved for $25,000.00 in the name of "Audio Visions" embossed with the name of Oscar J. Osbey, with corporate account number XXXX-XXXX-XXXX-6689 and the individual account number XXXX-XXXX-XXXX-6697.

d) On or about November 23, 2007, a USAA consumer auto loan (#XXXX1190) was established in the amount of $33,963.50.

e) On or about December 11, 2007, a USAA FSB MasterCard application was submitted and approved for $10,000.00 (#XXXX-XXXX-XXXX-0245).

8. It was a further part of the scheme and artifice to defraud and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises that on November 23, 2007, William Morris obtained an online consumer auto loan (#XXXX1190) in the amount of $33,963.50, using IP address 72.47.94.223. He went to Marc Heitz Ford in Purcell, Oklahoma, where he purchased a 2006 Ford F-150 pickup truck, VIN 1FTPW14V56KC64644, in the name of Oscar Osbey, for $33,963.50. On approximately November 27, 2007, Morris, his wife and Griffin moved to 1007 Alma Drive, Lawrence, Kansas, and drove the 2006 Ford F-150 pickup truck to that location.

9. It was a further part of the scheme and artifice to apply for and obtain a USAA MasterCard credit card (#XXXX-XXXX-XXXX-0515) , which was approved for $10,000.00 in the name of Oscar Osbey, in order to defraud and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises by

5

making numerous purchases utilizing this USAA credit card.

10. It was a further part of the scheme and artifice to apply for and obtain a Barclays Bank of Delaware US (Air Tran) Card with corporate account number XXXX-XXXX-XXXX-6689 and the individual account number XXXX-XXXX-XXXX-6697, which was approved for $25,000.00 in the name of "Audio Visions" embossed with the name of Oscar J. Osbey, in order to defraud and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises that numerous purchases utilizing the AirTran credit card.

11. It was a further part of the scheme and artifice to defraud and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises that attempted Electronic Funds Transfer check payments were made on the AirTran credit card #XXXX-XXXX-XXXX-6697.

## COUNT 1

12. Paragraphs one through eleven are incorporated as though fully set out herein.

13. Beginning in or about November 2007, the exact date being unknown to the Grand Jury, and continuing to on or about May 14, 2008, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**WILLIAM A. MORRIS,**
**a/k/a OSCAR OSBEY,**
**a/k/a BILL MORRIS,**
**and**
**BARRY GRIFFIN,**
**a/k/a JEFFREY L. LICKTEIG,**
**a/k/a "Zeke",**

knowingly and intentionally conspired and agreed together and with each other, and with

6

other persons known and unknown to the Grand Jury, to commit the following offenses

against the United States:

- a) wire fraud and attempted wire fraud, in violation of Title 18, United States Code, Section 1343;

- b) aggravated identity theft, in violation of Title 18, United States Code, Section 1028A;

- c) interstate transportation of stolen property by fraud or deceit, in violation of Title 18, United States Code, Section 2314;

- d) fraudulent use of an access device, in violation of Title 18, United States Code, Section 1029; and,

- e) check fraud, in violation of Title 18, United States Code, Section 513.

14. The object of the conspiracy was to fraudulently obtain property and money by

multiple manners and means, including: (a) using credit cards obtained by utilizing other

individual's identities; (b) using loans obtained by utilizing other individual's identities; (c)

using counterfeit checks drawn on other people's bank accounts; and (d) attempting to

transfer money without authorization from other individual's bank accounts.

**Manner and Means**

15. The means and methods by which the conspiracy was sought to be

accomplished included, among others, the following:

- a) The defendants acquired identifying information about individuals and obtained genuine checks drawn on personal and/or business accounts while installing Dish Network service in Oklahoma and acting as an Internet Consultant in Arizona;

- b) The defendants, using assumed identities, obtained fraudulent credit cards, via the Internet, in order to fraudulently obtain property and money in the District of Kansas and elsewhere, until the cards had reached their approved credit limits;

- c) The defendants utilized a fraudulent loan obtained, via the Internet, to

7

purchase a vehicle, in the State of Oklahoma, and subsequently transported this vehicle obtained through fraud and deceit to the District of Kansas;

d) The defendants used a personal computer to create counterfeit checks; and,

e) The defendants attempted to transfer money into the accounts of the fraudulently obtained credit cards from bank accounts belonging to other individuals without their authorization.

## Overt Acts

16. In furtherance of this conspiracy and to effect and accomplish the objects of it,

one or more of the defendants or conspirators, both indicted and unindicted, committed,

among others, the following overt acts in the District of Kansas and elsewhere:

a) Between September 25, 2007, and continuing to on or about May 14, 2008, the defendants used a personal computer to manufacture fraudulent business and personal checks.

b) Between November 10, 2007, and continuing to on or about May 14, 2008, the defendants obtained, via the Internet, fraudulent credit cards in the name of Oscar Osbey, as follows:  USAA FSB Mastercard #XXXX-XXXX-XXXX-0515, USAA FSB MasterCard #XXXX-XXXX-XXXX-0245; and, a Barclays Bank of Delaware US (Air Tran) Card corporate account in the name of "Audio Visions" embossed with the name of Oscar J. Osbey, with corporate account #XXXX-XXXX-XXXX-6689 and the individual account #XXXX-XXXX-XXXX-6697, to make unauthorized purchases to businesses, including but not limited to those set out below.

(1) utilizing USAA FSB Mastercard #XXXX-XXXX-XXXX-0515

| Date | Transaction Description | Location | Amount |
|------|------------------------|----------|--------|
| 11/20/07 | Bank of America ATM cash advance | Lenexa, Kansas | $515.09 |
| 11/20/07 | DoubleTree Hotel | Overland Park, Kansas | $38.41 |
| 11/20/07 | DoubleTree Hotel | Overland Park, Kansas | $9.95 |
| 11/20/07 | Amerisuites | Overland Park, Kansas | $200.00 |
| 11/20/07 | KC Masterpiece Barbecue | Overland Park, Kansas | $150.00 |

| 11/30/07 | Walmart Supercenter | Lawrence, Kansas | $123.08 |
| 12/01/07 | HyVee Gas | Lawrence, Kansas | $45.01 |
| 12/03/07 | Westridge Wash and Lube | Lawrence, Kansas | $6.00 |
| 12/04/07 | HyVee Gas | Lawrence, Kansas | $63.00 |
| 12/05/07 | HyVee Gas | Lawrence, Kansas | $65.00 |
| 12/12/07 | SS 57706 | El Dorado, Kansas | $30.00 |
| 12/12/07 | SS 57706 | El Dorado, Kansas | $30.00 |
| 12/12/07 | HyVee Gas | Lawrence, Kansas | $36.00 |
| 12/13/07 | Walmart Supercenter | Lawrence, Kansas | $149.09 |

(2)   utilizing Air Tran Card with corporate account #XXXX-XXXX-XXXX-6689 and the individual account #XXXX-XXXX-XXXX-6697

| Date | Transaction Description | Location | Amount |
| --- | --- | --- | --- |
| 12/13/07 | EZ Go | Lawrence, Kansas | $57.00 |
| 12/13/07 | USAA Bank Cash Advance | | $2,500.00 |
| 12/14/07 | Cash advance finance charge | | $75.00 |
| 12/16/07 | HyVee Food & Drug | Lawrence, Kansas | $45.60 |
| 12/16/07 | HyVee Food & Drug | Lawrence, Kansas | $8.43 |
| 12/18/07 | Target | Lawrence, Kansas | $167.07 |
| 12/18/07 | Sonic | Kansas City, Missouri | $7.10 |
| 12/18/07 | US Bank ATM cash advance | | $502.50 |
| 12/18/07 | US Bank ATM cash advance | | $502.50 |
| 12/18/07 | US Bank ATM cash advance | | $502.50 |
| 12/18/07 | Equifax Consumer online payment | | $14.95 |
| 12/18/07 | HyVee Food & Drug | Lawrence, Kansas | $12.85 |
| 12/18/07 | HyVee Gas | Lawrence, Kansas | $58.00 |

9

| 12/18/07 | HyVee Gas | Lawrence, Kansas | $13.92 |
|----------|-----------|------------------|--------|
| 12/18/07 | Westridge Wash and Lube | Lawrence, Kansas | $6.00 |
| 12/18/07 | Alvins Wine and Spirit | Lawrence, Kansas | $23.73 |
| 12/19/07 | HyVee Gas | Lawrence, Kansas | $49.01 |
| 12/19/07 | Burlington Coat Factory | Olathe, Kansas | $195.54 |
| 12/19/07 | Toys R Us | Olathe, Kansas | $265.91 |
| 12/19/07 | Famous Footwear | Olathe, Kansas | $52.67 |
| 12/19/07 | Outback | Independence, Missouri | $150.00 |
| 12/20/07 | Pizza Hut | Lawrence, Kansas | $84.07 |
| 12/20/07 | K-Mart | Overland Park, Kansas | $238.52 |
| 12/21/07 | HyVee Food & Drug | Lawrence, Kansas | $150.72 |
| 12/21/07 | HyVee Gas | Lawrence, Kansas | $40.00 |
| 12/21/07 | Old Navy | Lawrence, Kansas | $236.66 |
| 12/21/07 | Sears Roebuck | Lawrence, Kansas | $359.43 |
| 12/21/07 | Famous Footwear | Lawrence, Kansas | $96.55 |
| 12/21/07 | Alvins Wine and Spirit | Lawrence, Kansas | $67.47 |
| 12/23/07 | Longhorn | Lawrence, Kansas | $100.00 |
| 12/24/07 | Target | Lawrence, Kansas | $116.22 |
| 12/24/07 | Target | Lawrence, Kansas | $12.87 |
| 12/24/07 | Sears Roebuck | Lawrence, Kansas | $50.84 |
| 12/25/07 | US Bank ATM cash advance | | $502.50 |
| 12/25/07 | Cingular online payment | | $207.36 |
| 12/26/07 | Spangles | Lawrence, Kansas | $19.59 |
| 12/26/07 | AT & T online payment | | $407.73 |
| 12/27/07 | SS | Cassoday, Kansas | $48.00 |
| 12/27/07 | HyVee Gas | Lawrence, Kansas | $38.00 |
| 12/27/07 | HyVee Gas | Lawrence, Kansas | $38.71 |

| 12/27/07 | Purcell North | Purcell, Oklahoma | $72.00 |
|---|---|---|---|
| 12/27/07 | Kohl's | Moore, Oklahoma | $222.45 |
| 12/27/07 | IHOP | Moore, Oklahoma | $30.00 |
| 12/27/07 | Convenience Check | | $2,500.00 |
| 21/27/07 | Convenience Check finance charge | | $75.00 |
| 12/29/07 | EZ Go | Lawrence, Kansas | $66.00 |
| 12/30/07 | Taco Bell | Lawrence, Kansas | $25.39 |
| 12/30/07 | Walmart | Lawrence, Kansas | $434.47 |
| 12/30/07 | Alvins Wine and Spirit | Lawrence, Kansas | $28.59 |
| 12/31/07 | HyVee Food & Drug | Lawrence, Kansas | $60.05 |
| 12/31/07 | IHOP | Lawrence, Kansas | $35.67 |
| 12/31/07 | Alvins Wine and Spirit | Lawrence, Kansas | $56.12 |
| 01/01/08 | Walgreens | Lawrence, Kansas | $22.94 |
| 01/01/08 | Quik Trip | Kansas City, Missouri | $41.00 |
| 01/01/08 | Quik Trip | Kansas City, Missouri | $8.75 |
| 01/02/08 | Walmart Supercenter | Lawrence, Kansas | $334.43 |
| 01/02/08 | Walmart Supercenter | Lawrence, Kansas | $367.47 |
| 01/02/08 | Payless Furniture Outlet | Lawrence, Kansas | $351.94 |
| 01/02/08 | Burger King | Lawrence, Kansas | $10.91 |
| 01/03/08 | Quik Trip | Kansas City, Kansas | $11.02 |
| 01/03/08 | Quik Trip | Kansas City, Kansas | $50.00 |
| 01/03/08 | Walgreens | Lawrence, Kansas | $12.87 |
| 01/04/08 | HyVee Food & Drug | Lawrence, Kansas | $116.95 |
| 01/04/08 | Walmart | Lawrence, Kansas | $238.97 |
| 01/05/08 | HyVee Gas | Lawrence, Kansas | $34.33 |
| 01/05/08 | HyVee Food & Drug | Lawrence, Kansas | $41.36 |

11

| 01/06/08 | Westlake Hardware | Lawrence, Kansas | $57.90 |
|---|---|---|---|
| 01/07/08 | HyVee Food & Drug | Lawrence, Kansas | $9.64 |
| 01/07/08 | HTB | Kansas City, Missouri | $35.45 |
| 01/07/08 | Quik Trip | Kansas City, Missouri | $11.00 |
| 01/07/08 | Quik Trip | Kansas City, Missouri | $50.00 |
| 01/07/08 | Babies R Us | Kansas City, Missouri | $42.98 |
| 01/07/08 | Spencer Gifts | Kansas City, Missouri | $46.18 |
| 01/07/08 | K-Mart | Kansas City, Missouri | $143.68 |
| 01/08/08 | Equifax Consumer online payment | | $14.95 |
| 01/08/08 | Westlake Hardware | Kansas City, Missouri | $24.01 |
| 01/08/08 | HyVee Food & Drug | Lawrence, Kansas | $77.19 |
| 01/08/08 | Alvins Wine and Spirit | Lawrence, Kansas | $19.97 |
| 01/08/08 | Convenience Check | | $2,500.00 |
| 01/08/08 | Convenience Check finance charge | | $75.00 |
| 01/09/08 | Kohl's | Lawrence, Kansas | $287.84 |
| 01/09/08 | Burrito King | Lawrence, Kansas | $26.47 |
| 01/10/08 | Kwik Shop | Lawrence, Kansas | $17.96 |
| 01/10/08 | Convenience Check | | $2,500.00 |
| 01/10/08 | Convenience Check finance charge | | $75.00 |
| 01/11/08 | Walgreens | Lawrence, Kansas | $16.10 |
| 01/11/08 | HyVee Food & Drug | Lawrence, Kansas | $31.16 |
| 01/12/08 | HyVee Gas | Lawrence, Kansas | $56.00 |
| 01/12/08 | Walgreens | Lawrence, Kansas | $37.05 |
| 01/13/08 | HyVee Food & Drug | Lawrence, Kansas | $33.33 |
| 01/13/08 | Walgreens | Lawrence, Kansas | $18.23 |

| 01/13/08 | HyVee Food & Drug | Lawrence, Kansas | $25.14 |
|---|---|---|---|
| 01/14/08 | Walmart Supercenter | Lawrence, Kansas | $42.25 |
| 01/14/08 | HyVee Food & Drug | Lawrence, Kansas | $47.72 |
| 01/15/08 | HyVee Gas | Lawrence, Kansas | $68.65 |
| 01/15/08 | Quik Trip | Overland Park, Kansas | $46.00 |
| 01/15/08 | Gates Bar BQ | Independence, Missouri | $24.10 |
| 01/16/08 | HyVee Food & Drug | Lawrence, Kansas | $84.39 |
| 01/16/08 | Walmart Supercenter | Lawrence, Kansas | $28.70 |
| 01/16/08 | Taco Bell | Lawrence, Kansas | $11.44 |
| 01/17/08 | HyVee Food & Drug | Lawrence, Kansas | $19.12 |
| 01/18/08 | Walmart | Lawrence, Kansas | $1,980.59 |
| 01/18/08 | HyVee Gas | Lawrence, Kansas | $62.00 |
| 01/18/08 | Applebees | Lawrence, Kansas | $130.00 |
| 01/18/08 | Alvins Wine and Spirit | Lawrence, Kansas | $59.86 |
| 01/18/08 | Payless Furniture Outlet | Lawrence, Kansas | $1,260.77 |
| 01/18/08 | Payless Furniture Outlet | Lawrence, Kansas | $41.84 |
| 01/19/08 | US Bank cash advance | | $502.50 |
| 01/19/08 | US Bank cash advance | | $502.50 |
| 01/19/08 | US Bank cash advance | | $502.50 |
| 01/19/08 | McDonald's | Lawrence, Kansas | $10.82 |
| 01/19/08 | Flying J | Kansas City, Missouri | $22.32 |
| 01/21/08 | HyVee Food & Drug | Lawrence, Kansas | $29.50 |
| 01/21/08 | HyVee Gas | Lawrence, Kansas | $34.00 |
| 01/21/08 | Cingular online payment | | $371.11 |
| 01/21/08 | Alvins Wine and Spirit | Lawrence, Kansas | $19.97 |
| 01/21/08 | Sears Roebuck | Lawrence, Kansas | $429.19 |
| 01/22/08 | Target | Topeka, Kansas | $709.13 |

| 01/22/08 | Target | Lawrence, Kansas | $1,072.98 |
| 01/22/08 | Walmart Supercenter | Lawrence, Kansas | $687.88 |
| 01/22/08 | Walmart | Lawrence, Kansas | 1,070.85 |
| 01/22/08 | HyVee Food & Drug | Lawrence, Kansas | $11.35 |
| 01/23/08 | Target | Lawrence, Kansas | $964.58 |
| 01/23/08 | JC Penney Store | Lawrence, Kansas | $359.72 |
| 01/23/08 | Target | Lawrence, Kansas | $1,061.18 |
| 01/23/08 | Redbox DVD | Lawrence, Kansas | $3.22 |
| 01/23/08 | HyVee Food & Drug | Lawrence, Kansas | $26.83 |
| 01/23/08 | HyVee Gas | Lawrence, Kansas | $45.00 |
| 01/23/08 | Quik Trip | Kansas City, Missouri | $8.36 |
| 01/23/08 | Toys R Us | Kansas City, Missouri | $924.68 |
| 01/23/08 | Famous Footwear | Lawrence, Kansas | $42.91 |
| 01/23/08 | Payless Furniture Outlet | Lawrence, Kansas | $827.29 |
| 02/07/08 | Walmart Supercenter | Lawrence, Kansas | $174.34 |
| 02/07/08 | AAA Oklahoma online purchase | | $50.00 |
| 02/07/08 | US Bank cash advance | | $502.30 |
| 02/07/08 | Cingular online payment | | $1,000.00 |
| 02/07/08 | HyVee Food & Drug | Lawrence, Kansas | $13.50 |
| 02/07/08 | HyVee Gas | Lawrence, Kansas | $59.39 |
| 02/07/08 | Applebees | Lawrence, Kansas | $60.00 |
| 02/07/08 | Sears Roebuck | Lawrence, Kansas | $724.62 |
| 02/08/08 | Equifax online payment | | $14.95 |
| 02/28/08 | Sonic Drive In | Lawrence, Kansas | $12.19 |
| 02/28/08 | HyVee Gas | Lawrence, Kansas | $60.90 |
| 02/28/08 | HyVee Gas | Lawrence, Kansas | $60.00 |

| 02/28/08 | Alvins Wine and Spirit | Lawrence, Kansas | $41.00 |
| 02/29/08 | US Bank cash advance | | $502.50 |
| 02/29/08 | US Bank cash advance | | $502.50 |
| 02/29/08 | US Bank cash advance | | $502.50 |
| 02/29/08 | Sonic Drive In | Lawrence, Kansas | $5.88 |
| 02/29/08 | HyVee Food & Drug | Lawrence, Kansas | $565.60 |
| 02/29/08 | HyVee Gas | Lawrence, Kansas | $49.00 |
| 02/29/08 | HyVee Gas | Lawrence, Kansas | $45.03 |
| 02/29/08 | Quik Trip | | $16.14 |
| 02/29/08 | A T & T online payment | | $504.29 |
| 03/01/08 | HyVee Food & Drug | Lawrence, Kansas | $486.13 |
| 03/02/08 | Hotwire | | $868.52 |
| 03/02/08 | Quik Trip | | $44.01 |
| 03/02/08 | Quik Trip | | $58.34 |
| 03/02/08 | Quik Trip | | $58.34 |
| 03/02/08 | Gordmans | | $188.20 |
| 03/02/08 | Taco Bell | | $6.71 |
| 03/02/08 | Price Chopper | | $61.67 |
| 03/02/08 | Walmart | | $705.73 |
| 03/03/08 | DRI | | $36.94 |
| 03/03/08 | HyVee Food & Drug | Lawrence, Kansas | $410.96 |
| 03/03/08 | Walmart | | $1,184.07 |

c)    On or about November 19, 2007, a wire transfer was requested via telephone in the amount of $3,000 from United States Automobile Association Federal Savings Bank, checking account #XXXX0777 to Bank of America account #XXXXXXXX9918, with Jeffrey Lickteig as the recipient at 617 N. 2nd Ave, Purcell, Oklahoma.

d)    On or about November 23, 2007, the defendants obtained, via the Internet,

15

a consumer auto loan (#XXXX1190) in the amount of $33,963.50, in order to purchase a 2006 Ford F-150 pickup truck, VIN 1FTPW14V56KC64644, in the name of Oscar Osbey, in the State of Oklahoma, and subsequently transported this vehicle obtained through fraud and deceit to the District of Kansas.

e)   On or about January 2, 2008, the defendants made an EFT in the amount of $15.00 to the Barclays Bank of Delaware US (Air Tran) Card account. This payment was successfully processed.

f)   Between January 17, 2008, and March 4, 2008, the defendants attempted to make six other EFT transfers to the Barclays Bank of Delaware US (Air Tran) Card account, in an attempt to keep the account open, all of which were rejected, as set forth below:

   (1)   Audio Visions
       1713 S Green Avenue
       Purcell, OK 73080-6212
       Republic Bank and Trust
       RTN: 103003467
       Checking Acct #: XXXX8420
       Amt of check attempted: $5,000.00
       Date of check: 01/17/08
       Made   payable   to:   Barclays   Bank   Delaware   for   Acct: XXXXXXXXXXXX6689, rejected because the payment was stopped.

   (2)   Audio Visions
       1713 S Green Avenue
       Purcell, OK 73080-6212
       Republic Bank and Trust
       RTN: 103003467
       Checking Acct #: XXXX8420
       Amt of check attempted: $5,000.00
       Date of check: 01/21/08
       Made   payable   to:   Barclays   Bank   Delaware   for Acct: XXXXXXXXXXXX6689, rejected because the payment was stopped.

   (3)   Audio Visions
       1713 S Green Avenue
       Purcell, OK 73080-6212
       Republic Bank and Trust
       RTN: 103003467
       Checking Acct #: XXXX8420
       Amt of check attempted: $5,000.00

16

Date of check: 01/22/08
Made payable to: Barclays Bank Delaware for
Acct: XXXXXXXXXXXX6689, rejected because the customer advised
that this was not authorized.

(4)   Audio Visions
      1713 S Green Avenue
      Purcell, OK 73080-6212
      Wachovia Bank
      RTN: 067006432
      Checking Acct #: XXXXXXXXX1810
      Amt of check attempted: $34,359.81
      Date of check: 02/06/08
      Made payable to: Barclays Bank Delaware for
      Acct: XXXXXXXXXXXX6689, rejected because the corporate
      customer advised that this was not authorized.

(5)   Audio Visions
      1713 S Green Avenue
      Purcell, OK 73080-6212
      Compass Bank
      RTN: 122105744
      Checking Acct #: XXXXXX6413
      Amt of check attempted: $37,518.90
      Date of check: 02/27/08
      Made payable to: Barclays Bank Delaware for
      Acct: XXXXXXXXXXXX6689, rejected because they were unable to
      locate an account.

(6)   Audio Visions
      1005 Alma Drive
      Lawrence, KS 66049-3635
      Wells Fargo Bank
      RTN: 121000248
      Checking Acct #: XXXXXX4290
      Amt of check attempted: $41,586.31
      Date of check: 03/04/08
      Made payable to: Barclays Bank Delaware for Acct:
      XXXXXXXXXXXX6689, rejected because the customer advised it was
      not authorized.

17

17. As additional overt acts, the Grand Jury incorporates by this reference the allegations set forth in Counts 2 through 11 of the Indictment as though fully set forth at this point.

18. This was all in violation of Title 18, United States Code, Section 371.

## COUNT 2

19. Paragraphs one through eighteen are incorporated as though fully set out herein.

20. On or about November 23, 2007, in the District of Kansas and elsewhere, the defendants,

**WILLIAM A. MORRIS,**
**a/k/a OSCAR OSBEY,**
**a/k/a BILL MORRIS,**
**and**
**BARRY GRIFFIN,**
**a/k/a JEFFREY L. LICKTEIG,**
**a/k/a "Zeke",**

having devised and intended to devise the aforesaid scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, did transport and cause to be transported a 2006 Ford F-150 pickup truck, VIN 1FTPW14V56KC64644 from the State of Oklahoma, to the State of Kansas, in the execution and concealment of the aforesaid scheme and artifice to defraud USAA of property having a value of $5,000 or more.

This was all in violation of Title 18, United States Code, Section 2314 and 2.

18

## **COUNT 3**

21.  Paragraphs one through eighteen are incorporated as though fully set out herein.

22.  On or about December 13, 2007, in the District of Kansas and elsewhere, the defendant,

**WILLIAM A. MORRIS,
a/k/a OSCAR OSBEY,
a/k/a BILL MORRIS,**

knowingly used, without lawful authority, a means of identification of another person during and in relation to wire fraud, a USAA FSB Mastercard #XXXX-XXXX-XXXX-0515 in violation of Title 18, United States Code, Section 1028A(a)(1).

## **COUNT 4**

23.  Paragraphs one through eighteen are incorporated as though fully set out herein.

24.  On or about January 22, 2008, in the District of Kansas and elsewhere, the defendant,

**WILLIAM A. MORRIS,
a/k/a OSCAR OSBEY,
a/k/a BILL MORRIS,**

knowingly used, without lawful authority, a means of identification of another person during and in relation to wire fraud, a Barclays Bank of Delaware US (Air Tran) Card corporate account number XXXX-XXXX-XXXX-6689 and the individual account number XXXX-XXXX-XXXX-6697,  in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5

25. Paragraphs one through eighteen are incorporated as though fully set out herein.

26. On or about December 13, 2007, in the District of Kansas and elsewhere, the defendant,

### WILLIAM A. MORRIS,
### a/k/a OSCAR OSBEY,
### a/k/a BILL MORRIS,

for the purpose of executing, and attempting to execute the scheme and artifice to defraud and to obtain, transmitted and caused to be transmitted in interstate commerce, by means of a wire communication, certain signals, that is, made purchases utilizing USAA credit card #XXXX-XXXX-XXXX-0515, in violation of Title 18, United States Code, Section 1343.

## COUNT 6

27. Paragraphs one through eighteen are incorporated as though fully set out herein.

28. On or about January 22, 2008, in the District of Kansas and elsewhere, the defendant,

### WILLIAM A. MORRIS,
### a/k/a OSCAR OSBEY,
### a/k/a BILL MORRIS,

for the purpose of executing, and attempting to execute the scheme and artifice to defraud and to obtain, transmitted and caused to be transmitted in interstate commerce, by means of a wire communication, certain signals, that is, made purchases utilizing Barclays Bank of Delaware US (Air Tran) Card corporate account #XXXX-XXXX-XXXX-6689 and the

20

individual account #XXXX-XXXX-XXXX-6697, in violation of Title 18, United States Code, Section 1343.

## COUNTS 7-12

29.  Paragraphs one through eighteen are incorporated as though fully set out herein.

30.  On or about the dates set forth below, in the District of Kansas and elsewhere, the defendant,

**WILLIAM A. MORRIS,**
**a/k/a OSCAR OSBEY,**
**a/k/a BILL MORRIS,**

for the purpose of attempting to execute the scheme and artifice, knowingly and with intent to defraud and to obtain, attempted to conduct an Electronic Funds Transfer, payable to: Barclays Bank Delaware for Acct: XXXXXXXXXXXX6689,  as set forth below, which conduct affected interstate commerce, in violation of Title 18, United States Code, Sections 1029 (a)(1), (b)(1), (b)(2) and 2:

| Count | Date | Victim Bank Account Information | Amount of check |
|-------|------|--------------------------------|-----------------|
| 7 | 01/17/08 | Republic Bank and Trust<br>RTN: 103003467<br>Checking Acct #: XXXX8420 | $5,000.00 |
| 8 | 01/21/08 | Republic Bank and Trust<br>RTN: 103003467<br>Checking Acct #: XXXX8420 | $5,000.00 |
| 9 | 01/22/08 | Republic Bank and Trust<br>RTN: 103003467<br>Checking Acct #: XXXX8420 | $5,000.00 |
| 10 | 02/06/08 | Wachovia Bank<br>RTN: 067006432<br>Checking Acct #: XXXXXXXXX1810 | $34,359.81 |

| 11 | 02/27/08 | Compass Bank<br>RTN: 122105744<br>Checking Acct #: XXXXXX6413 | $37,518.90 |
| 12 | 03/04/08 | Wells Fargo Bank<br>RTN: 121000248<br>Checking Acct #: XXXXXX4290 | $41,586.31 |

## **COUNT 13**

31.  Paragraphs one through eighteen are incorporated as though fully set out herein.

32.  On or about November 19, 2007, in the District of Kansas and elsewhere, the defendant,

**BARRY GRIFFIN,**
**a/k/a JEFFREY L. LICKTEIG,**
**a/k/a "Zeke",**

knowingly possessed and used, without lawful authority, a means of identification of another person during and in relation to a wire transfer requested via telephone in the amount of $3,000 from USAA FSB, checking account #XXXX0777, to Bank of America account #XXXXXXXX9918, in violation of Title 18, United States Code, Section 1028A(a)(1).

## **COUNT 14**

33.  Paragraphs one through eighteen are incorporated as though fully set out herein.

34.  Between on or about May 16, 2008, and on or about May 19, 2008, these dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

22

**WILLIAM A. MORRIS,
a/k/a OSCAR OSBEY,
a/k/a BILL MORRIS,
and
LISA THOMAS,**

knowingly destroyed and concealed a record, document or other object, with the intent to

impair the object's integrity and availability for use in an official proceeding, in violation of

Title 18, United States Code, Section 1512(c)(1) and 2.

## FORFEITURE ALLEGATION

35.  The allegations contained in paragraphs 1-34 of this Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to

Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

36.     Upon conviction of the offenses in violation of Title 18, United States Code,

Section 1343 set forth in Counts 5-6, and in violation of Title 18, United States Code,

Section 1029 set forth in Counts 7-12 of this Indictment, the defendants,

**WILLIAM A. MORRIS,
a/k/a OSCAR OSBEY,
a/k/a BILL MORRIS,
and
BARRY GRIFFIN,
a/k/a JEFFREY L. LICKTEIG,
a/k/a "Zeke",**

shall forfeit to the United States of America --

(A) pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such

violation(s);

23

(B) pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense[s].

The property to be forfeited includes, but is not limited to:

a)    Dell Desktop Computer, Serial Number #3WD1981

b)    Generic Desktop Computer, Serial Number #030293813

c)    Hewlett Packard Monitor, Serial Number #CNN7433VXS

d)    Dell Laptop Computer, Serial Number #CN-OC-4708-48643-577-2483

e)    Dell Laptop Computer, Serial Number #0107898349890344

f)    Dell Desktop Computer, Serial Number #DXD1981

g)    Dell Desktop Computer, Serial Number #2XD1981

h)    Dell Desktop Computer, Serial Number #5XD1981

i)    Hewlett Packard Monitor, Serial Number #CNN7433VXW

All pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL.

Dated: __6 - 11 - 08__

_____
FOREMAN

_Jerra D. Morehead_
ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

24

**Penalties:**

COUNT 1:

- NMT 5 years Imprisonment,
- NMT $250,000 Fine,
- NMT 3 years S.R., and,
- $100 Special Assessment.

COUNT 2:

- NMT 10 years Imprisonment,
- NMT $250,000 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment.

COUNTS 3, 4 & 13:

- NLT 2 years Imprisonment (consecutive to all other terms of imprisonment for first occurrence; any subsequent occurrence discretionary whether concurrent, in whole or in part)
- NMT $250,000 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment.

COUNTS 5 & 6:

- NMT 20 years Imprisonment,
- NMT $250,000 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

COUNTS 7 -12:

- NMT 20 years Imprisonment,
- NMT $250,000 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

COUNTS 14:

- NMT 20 years Imprisonment,
- NMT $250,000 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment.